UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

**Criminal No. 3:24-cr-128**

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>vs.<br><br>**Barrett Wayne Mudgett, Sr.**,<br><br>      Defendant. | **MOTION TO CONTINUE<br>SENTENCING HEARING** |

  Barrett Wayne Mudgett, Sr.'s sentencing hearing is set for September 29, 2025, at 2:30 p.m. in Fargo, North Dakota. He requests that the hearing be postponed for three months to allow him to follow the recommendations of a chemical dependency evaluation scheduled for September 17th.

  After conducting his presentence report interview, Mr. Mudgett realized he had more of a problem with drugs and alcohol than he previously believed. Given this, he worked with his tribe to schedule a chemical dependency evaluation. The evaluation was initially scheduled for September 4th. Then, recently, it was moved to September 17th. To allow time for Mr. Mudgett to attend the evaluation and follow its recommendations, he asks the Court to postpone his sentencing for three months. He has had almost no issues while on pretrial release, and was allowed to

remain on release after entering his guilty plea, so there would be little to no danger to the community or risk of flight should the Court grant his request. Before filing this motion, Mr. Mudgett's attorney spoke with the government, through Assistant United States Attorney Samantha Schmidt, and she indicated the government does not object to the proposed continuance.

For the above reason, Barett Wayne Mudgett, Sr. requests that the Court reschedule his sentencing to the first available date after December 29th, 2025.

Date: September 3, 2025                Respectfully submitted,

_____
Dane DeKrey (#09524)
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN  56561-0853
(218) 284-0484
dane@ringstromdekrey.com